# Court of Appeals
# of the State of Georgia

ATLANTA,  July 08, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1613. JUSTIN MOORE v. THE STATE.

In 2010, Justin Moore was convicted of felony murder and other crimes. Moore filed a motion for new trial, which the trial court denied. The Supreme Court affirmed. See *Moore v. State*, 294 Ga. 450 (754 SE2d 333) (2014). Moore then filed the underlying extraordinary motion for new trial, which the trial court dismissed. Moore appealed to this Court. He next filed a motion to transfer this appeal to the Supreme Court, contending that the Supreme Court has jurisdiction over the appeal. We agree.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019). Accordingly, the motion to transfer is GRANTED and this

appeal is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* __07/08/2022__

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*